AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RAYMOND L. BOURQUE

V.

ALBERT G. BRIEN et. als.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

[redacted] 05 397 T

TO: (Name and address of Defendant)

NEW RIVER ASSOCIATES, INC.
ALBERT G. BRIEN A/F/S
64 HAMLET AVENUE
WOONSOCKET, RI02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD W. MACADAMS
MACADAMS & WIECK INCORPORATED
101 DYER STREET, SUITE 400
PROVIDENCE, RI 02903

an answer to the complaint which is herewith served upon you, within TWENTY days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/19/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9/26/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Brian J. Pelaquin | TITLE Constable #6093 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Left service w/ agent for service Albert Brien 64 Hamlet Ave Woon. RI 02895

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/26/05
Date

Brian J. Pelaquin
Signature of Server

28 Victory Blvd, Woon., RI 02895
Address of Server

2005 SEP 26 A 11
DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.