**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RAYMOND BORQUE,
Plaintiff

v. CA05-397T

ALBERT G. BRIEN,
ET AL.,
Defendant

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge Ernest C. Torres
date: 10/4/05