UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND L. BOURQUE | : | |
| | : | |
| v. | : | C.A. No. PC 05-397T |
| | : | |
| ALBERT G. BRIEN, LODIE BRIEN AGENCY INC. AND NEW RIVER ASSOCIATES, INC. | : | |

**RESPONSE TO COMPLAINT**

NOW COME Defendants Albert G. Brien and Lodie Brien Agency, Inc. in the above-captioned matter and hereby furnish their response to the Plaintiff's dated August 19, 2005 (the "Complaint").

PARTIES

1. The Defendants are without sufficient information to either admit or deny the allegations as set forth in Paragraph 1 and leave Plaintiff to his proof.

2. Defendant Albert G. Brien admits the allegations as set forth in Paragraph 2 of the Complaint.

3. The Defendants Albert G. Brien and New River Associates, Inc. admit the allegations as set forth in Paragraph 3 of the Complaint.

4. The Defendant Lodie Brien Agency, Inc. admits the allegations as set forth in Paragraph 4 of the Complaint.

5. The Defendant Albert G. Brien admits the allegations as set forth in

Paragraph 5 of the Complaint and leave Plaintiff to his proof.

6. The Defendants are without sufficient information to either admit or deny the allegations as set forth in Paragraph 6 of the Complaint and leave Plaintiff to his proof.

7. The Defendants are without sufficient information to either admit or deny the allegations as set forth in Paragraph 7 of the Complaint and leave Plaintiff to his proof.

## BACKGROUND

8. The Defendant Albert G. Brien denies the allegations as set forth in Paragraph 8 of the Complaint.

9. The Defendant Albert G. Brien denies the allegations as set forth in Paragraph 9 of the Complaint.

10. The Defendants admit that the premises, as that term is defined in the Complaint, was acquired by Defendant New River Associates, Inc. for $52,000.00; the Defendants deny the remaining allegations as set forth in Paragraph 10 of the Complaint.

11. The Defendants admit that Defendant New River Associates, Inc. held title to the premises; as to the remaining allegations set forth in Paragraph 11, the Defendants are without sufficient information to either admit or deny the allegations and leave Plaintiff to his proof.

## THE CONTROVERSY

12. Defendant Albert G. Brien denies the allegations as set forth in Paragraph 12 of the Complaint.

13. The Defendant Albert G. Brien admits that there was a conveyance of the premises to Defendant Lodie Brien Agency, Inc.; and denies the remaining allegations as set

forth in Paragraph 13.

14. Defendant Lodie Brien Agency, Inc. admits the allegations as set forth in Paragraph 14 of the Complaint.

COUNT I
(Breach of Contract Against Defendants Brien and New River)

15. Defendants incorporate by reference their responses to Paragraphs 1 through 14 as if fully set forth herein.

16. Defendants Albert G. Brien and New Rivers Associates, Inc. deny the allegations as set forth in Paragraph 16 of the Complaint.

COURT II
(Accounting Against Defendants Brien and New River)

17. Defendants incorporate by reference their responses to Paragraphs 1 through 17 as if fully set forth herein.

18. Defendants deny the allegations as set forth in Paragraph 18 of the Complaint.

COUNT III
(Constructive Trust Against Defendants Brien, Lodie Brien Agency, Inc. and New River Associates, Inc.)

19. Defendants incorporate by reference their responses to Paragraphs 1 through 19 as if fully set forth herein.

20. Defendants deny the allegations as set forth in Paragraph 20 of the Complaint.

WHEREFORE, Defendants and each of them respectfully requests that this Court dismiss the Complaint or enter judgment in their favor, award each of them their reasonable

attorneys' fees and costs plus any other relief that this Court deems just and proper.

DEFENDANTS,
By their Attorneys,

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
Dated: October 12, 2005

**AFFIRMATIVE DEFENSES**

Defendants hereby assert the following affirmative defenses pursuant to Rule 8 of the Federal Rules of Civil Procedure:

1. Statute of Frauds.
2. Release.
3. Estoppel.
4. Laches.
5. Unclean Hands.

**DEFENSES**

Defendants hereby assert the following defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure:

1. The Complaint fails to state a claim upon which relief can be granted; it is also vague.

THE DEFENDANTS REQUEST A JURY TRIAL
ON THE ISSUES RAISED IN THE COMPLAINT.

## CERTIFICATION

I hereby certify that on this 13th day of October, 2005, a true copy of the within was sent via first class mail, postage prepaid to:

Richard W. MacAdams, Esq.
MacAdams & Wieck, Ltd.
101 Dyer Street
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;419888;1