RECEIVED
NOV 1 4 2005
MacADAMS & WIECK INCORPORATED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND L. BOURQUE,
Plaintiff,

v. C.A. No.: 05-397 T

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC.
Defendants

DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS

Now come the Defendants in the above-captioned matter and pursuant to the Rule 34 of the Superior Court Rules of Civil Procedure, hereby provides his response to the Plaintiff/Petitioner's First Request for Production of Documents (the "Request"):

PRELIMINARY STATEMENT/GENERAL OBJECTION

The Request, and each of them contained therein, are over broad and thereby, objectionable. In addition, many of them are simply, in Defendants' opinion, not relevant to Plaintiff's claim and therefore not discoverable. For purposes of their response, Defendants hereby incorporate them into a "General Objection" for each Request.

DOCUMENTS

1. All Documents, Correspondence, Corporate Records or Financial Records concerning the sale of the Premises, or any portion thereof, to Lodie Brien Agency, Inc.

Response to Request No. 1. Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that the documents responsive to this request are in the possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

2. All Documents, Correspondence, Corporate Records or Financial Records concerning the sale of the Premises, or any portion thereof to Lisa Baldelli Hunt by Lodie Brien Agency, Inc.

Response to Request No. 2. The Defendants assert the General Objection.

3. All Documents, Correspondence, Corporate Records or Financial Records concerning any and all indebtedness of any of the Defendants and between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 3. The Defendants assert the General Objection.

4. All Documents, Correspondence, Corporate Records or Financial Records concerning any and all indebtedness of any of the Defendants to Plaintiff with respect to funds received for the acquisition, maintenance, or renovation of the Premises.

Response to Request No. 4. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

5. All Documents, Correspondence, Corporate Records or Financial Records concerning any payments made by the Plaintiff for the acquisition, maintenance, or renovation of the Premises.

Response to Request No. 5. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

6. All Documents, Correspondence, Corporate Records or Financial Records concerning any payments made by any of the Defendants for the acquisition, maintenance, or renovation of the Premises.

Response to Request No. 6. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

7. All Documents, Correspondence, Corporate Records or Financial Records concerning the appointment, election, resignation, or removal all officers, directors and shareholders of New River Associates, Inc. from the date of Defendants' formation or incorporation to the present.

Response to Request No. 7. The Defendants assert the General Objection. Notwithstanding the foregoing, none.

8. All Documents, Correspondence, Corporate Records or Financial Records concerning the day to day duties of each officer, director and shareholder of New River Associates, Inc.

Response to Request No. 8. The Defendants assert the General Objection. Notwithstanding the foregoing, none.

9. All Documents, Correspondence, Corporate Records or Financial Records concerning the relationship between any of the Defendants and Lisa Baldelli Hunt.

Response to Request No. 9. The Defendants assert the General Objection.

10. All Documents, Correspondence, Corporate Records or Financial Records concerning the relationship between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 10. The Defendants assert the General Objection.

11. All Financial Records of New River Associates, Inc. from the date of its formation to the present.

Response to Request No. 11. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: November 12, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2005, a true copy of the within was sent by first-class mail, postage prepaid, to the following:

Richard W. MacAdams, Esq. and
Dennis R. Gannon, Esq.
MacAdams& Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;420527;1