UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND L. BOURQUE | : | |
| | : | |
| v. | : | C.A. No. PC 05-397T |
| | : | |
| ALBERT G. BRIEN, | : | |
| LODIE BRIEN AGENCY | : | |
| INC. AND NEW RIVER | : | |
| ASSOCIATES, INC. | : | |

**OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES AND SUPPORTING MEMORANDUM**

NOW COME the Defendants in the above-captioned matter, and hereby object to the Plaintiff's Motion to Compel More Responsive Answers to Interrogatories propounded to Defendant dated November 21, 2005 (the "Motion").

In support of their objection, the Defendants respectfully submit that they are well aware of the discovery purpose of interrogatories in litigation matters such as the alleged controversy by and between the parties. However, Defendants believe that over one-third of the interrogatories propounded upon them are irrelevant to the claims asserted by the Plaintiff in his complaint and therefore, the objections to same were warranted. Towards that end, the Defendants, and each of them, believe that they have complied with their obligations under the Rule 26 (b) of the Federal Rules of Civil Procedure and at this juncture, believe that the other discovery mechanisms permitted under the Federal Rules of Civil Procedure will move this matter along for Plaintiff without having to have filed the Motion.

In light of the foregoing, the Defendants, and each of them believe that each of the interrogatories propounded by Plaintiff have been responded to by them in a matter consistent with the Federal Rules of Civil Procedure and requests that this Court deny the Motion.

Finally, the Defendants wish to clarify/respond to Plaintiff's comment in the Motion concerning the status of Defendant Albert G. Brien in responding to Plaintiff's interrogatories; he responded to the Plaintiff's interrogatories not only as an individual Defendant, but as the responsible officer in the position of President of each of the Defendant corporations.

Respectfully Submitted,

Respectfully submitted,

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC. AND NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com
Dated: December 1, 2005

**CERTIFICATION**

I hereby certify that on this 1st day of December, 2005, a true copy of the within was sent via first class mail, postage prepaid to:

Dennis R. Gannon, Esq.
MacAdams & Wieck, Ltd.
101 Dyer Street
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;422782;1