UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND L. BOURQUE | : | |
| | : | |
| v. | : | C.A. No. PC 05-397T |
| | : | |
| ALBERT G. BRIEN, | : | |
| LODIE BRIEN AGENCY | : | |
| INC. AND NEW RIVER | : | |
| ASSOCIATES, INC. | : | |

**OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUPPORTING MEMORANDUM**

NOW COME the Defendants in the above-captioned matter, and hereby object to the Plaintiff's Motion to Compel Production of Documents dated November 21, 2005 (the "Motion").

In support of their objection, the Defendants respectfully submit that they are well aware of the discovery purpose of requests for production of documents in litigation matters such as the alleged controversy by and between the parties; their responses to the Plaintiff's First Request for Production of Documents reflect their collective position. However, Defendants and each of them believe that over one-third of the requests for documents propounded upon them request documents that are already in the possession custody and/or control of Plaintiff and/or Plaintiff's accountant, who had been performing accounting services on behalf of Defendant New River Associates, Inc. In addition at least two of the additional requests propounded upon them request documents which are irrelevant to the claims asserted by the Plaintiff in his complaint and

therefore, the objections to same were warranted. Towards that end, the Defendants, and each of them, believe that they have complied with their obligations under the Rule 26 (b) of the Federal Rules of Civil Procedure and at this juncture, believe that the other discovery mechanisms permitted under the Federal Rules of Civil Procedure will move this matter along for Plaintiff without having to have filed the Motion.

In light of the foregoing, the Defendants, and each of them believe that each of the requests propounded by Plaintiff have been responded to by them in a matter consistent with the Federal Rules of Civil Procedure and requests that this Court deny the Motion.

Respectfully submitted,

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC. AND NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com
Dated: December 1, 2005

**CERTIFICATION**

I hereby certify that on this ~~1st~~ 5th day of December, 2005, a true copy of the within was sent via first class mail, postage prepaid to:

Dennis R. Gannon, Esq.
MacAdams & Wieck, Ltd.
101 Dyer Street
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;422782;2