RECEIVED

DEC 06 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Raymond L. Bourque**
**Plaintiff,**

**vs.** **C.A. No.: 05-397 T**

**Albert G. Brien,**
**Lodie Brien Agency Inc., and**
**New River Associates, Inc.**
**Defendants**

**PLAINTIFF'S MOTION TO COMPEL**
**MORE RESPONSIVE ANSWERS TO INTERROGATORIES**
**PROPOUNDED TO DEFENDANT**

For the reasons stated in the *Memorandum* accompanying this Motion, Plaintiff, by his attorney, moves the Court to compel each of the above named Defendants to furnish separate, more responsive answers to interrogatories in accordance with Plaintiffs' *Plaintiffs' First Set Of Interrogatories Propounded To Defendant* dated October 14, 2005. Plaintiff requests a twenty (20) day order.

Plaintiffs' counsel certifies that it has complied with the requirements of R.C.P. 37 (a)(2).

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐

Mary M. Lisi, U.S. District Judge
Date: 12/5/05

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: November 21, 2005

GRANTED. Defendants shall have thirty days to comply.

DAVID L. MARTIN
United States Magistrate Judge
January 5, 2006