UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Raymond L. Bourque :
Plaintiff, :
:
vs. : C.A. No.: 05-397 T
:
Albert G. Brien, :
Lodie Brien Agency Inc., and :
New River Associates, Inc. :
Defendants :

# PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES

Plaintiff, Raymond L. Bourque ("Plaintiff"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time in which to disclose its anticipated expert witness(es).

The Pretrial Order entered by **Magistrate Judge David L. Martin** on or about **January 5, 2006** directs Plaintiff to disclose his expert(s) on or before **February 6, 2006**, and Defendants' on or before **March 6, 2006**. Fact discovery, however, does not close until **May 5, 2006**. Although discovery is progressing, Plaintiff states that it is simply too early in the case sufficiently to determine the bases of expert testimony, if any, that Plaintiff will require in its case in chief. The full scope of the issues in the case on which expert testimony may be helpful have not yet emerged.

Plaintiff does not believe that the enlargement sought will prejudice any party or adversely impact the other deadlines in this matter, other than the date by which the Defendants were ordered to disclose their experts. Plaintiff therefore requests that the deadlines for both sides be enlarged by one month.

WHEREFORE, the Plaintiff respectfully request that the Court reset Plaintiff's expert disclosure date to March 6, 2006, and reset the Defendants' expert disclosure date to April 6, 2006. Pursuant to Local Rule CV 7(e), Plaintiff states that it does not request a hearing on this motion.

Plaintiff's counsel further states that he has conferred with counsel for the Defendant, and said counsel joins the within Motion.

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: February 3, 2006

## CERTIFICATION

I hereby certify that on the 3rd day of February, 2006, a true and accurate copy of the within Motion was sent by regular mail, postage prepaid, to William J. Delaney, Esq., Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903