UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DISTRICT OF RHODE ISLAND

Raymond L. Bourque :
Plaintiff, :
:
vs. : C.A. No.: 05-397 T ML
:
Albert G. Brien, :
Lodie Brien Agency Inc., and :
New River Associates, Inc. :
Defendants :

RECEIVED

FEB 0 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

PLAINTIFF'S MOTION TO EXTEND DEADLINES
FOR EXPERT WITNESS DISCLOSURES

Plaintiff, Raymond L. Bourque ("Plaintiff"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time in which to disclose its anticipated expert witness(es).

The Pretrial Order entered by **Magistrate Judge David L. Martin** on or about **January 5, 2006** directs Plaintiff to disclose his expert(s) on or before **February 6, 2006**, and Defendants' on or before **March 6, 2006**. Fact discovery, however, does not close until **May 5, 2006**. Although discovery is progressing, Plaintiff states that it is simply too early in the case sufficiently to determine the bases of expert testimony, if any, that Plaintiff will require in its case in chief. The full scope of the issues in the case on which expert testimony may be helpful have not yet emerged.

Plaintiff does not believe that the enlargement sought will prejudice any party or adversely impact the other deadlines in this matter, other than the date by which the Defendants were ordered to disclose their experts. Plaintiff therefore requests that the deadlines for both sides be enlarged by one month.

GRANTED.
David L. Martin
DAVID L. MARTIN, USMJ
February 17, 2006

Referred to U.S.M.J. Martin
☐
☒

2/9/06