RECEIVED
FEB 28 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND L. BOURQUE,
Plaintiff,

v.

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC.
Defendants

C.A. No.: 05-397 T

**STIPULATION**

The parties hereby stipulate that the time within which defendants Albert G. Brien and New River Associates, Inc. shall file More Responsive Answers to Interrogatories Propounded by Plaintiff and Supplemental Responses to Plaintiff's First Request for Production of Documents is hereby extended through and including February 22, 2006.

Richard W. MacAdams, Esquire
Dennis R. Gannon, Esquire
MacAdams & Wieck Incorporated
101 Dyer Street - Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755

Lori Caron Silveira (#3002)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

Dated: February 22, 2006

Enter: Mary M. Lisi USDJ 3/1/06