UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond L. Bourque<br>Plaintiff, | : | |
| vs. | : | C.A. No.: 05-397 T |
| Albert G. Brien,<br>Lodie Brien Agency Inc., and<br>New River Associates, Inc.<br>Defendants | : | |

PLAINTIFF'S MOTION TO EXTEND AND
RESET PRETRIAL DEADLINES

Plaintiff, Raymond L. Bourque ("Plaintiff"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order (as amended by the Order of the Magistrate Judge dated February 17, 2006) for an additional sixty (60) days.

The Pretrial Order entered by **Magistrate Judge David L. Martin** on or about **January 5, 2006** directed Plaintiff to disclose his expert(s) on or before **February 6, 2006**, and Defendants' on or before **March 6, 2006**. Fact discovery is scheduled to close on **May 5, 2006**. The Pretrial Order was amended by Order of Magistrate Judge Martin on **February 17, 2006**, such that the Plaintiff was to disclose his expert on **March 6, 2006**, and he Defendants on **April 6, 2006**. No other dates were modified.

Although discovery is progressing, it is proceeding more slowly than anticipated. Counsel for Plaintiff aver they are in discussions with counsel for Defendants pursuant to F.R.C.P. 37(a) with respect to Defendants' compliance with prior discovery orders of this Court, and that further motions may be in order. Accordingly, it is simply too early in the case sufficiently to determine the bases of expert testimony, if any, that Plaintiff will require in its case in chief. The full scope of the issues in the case on which expert testimony may be helpful have not yet emerged.

Plaintiff believes that all parties will benefit from a reasonable extension of time. Plaintiff does not believe that the enlargement sought will prejudice any party or the Court.

WHEREFORE, the Plaintiff respectfully requests that all deadlines set forth in the Pretrial Order, as amended, be enlarged by sixty (60) days.

Pursuant to Local Rule CV 7(e), Plaintiff states that it does not request a hearing on this motion.

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: March 2, 2006

**CERTIFICATION**

I hereby certify that on the 2 day of March, 2006, a true and accurate copy of the within Motion was sent by regular mail, postage prepaid, to Lori Caron Silveira, Esq., Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903

w:\bourque, raymond\brien (new river)\pleadings\plaintiff's mot to extend deadlines 3-2-06.doc