**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond L. Bourque** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-397 ML** |
| | : | |
| **Albert G. Brien,** | : | |
| **Lodie Brien Agency Inc., and** | : | |
| **New River Associates, Inc.** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 37**

For the reasons stated in the *Memorandum* accompanying this Motion, Plaintiff, by his attorney, moves the Court (1) for an Order adjudging the Defendants in contempt of the prior Order of this Court, (2) defaulting the Defendants, (3) entering judgment in favor of Plaintiff, and (4) ordering that Defendants pay the Plaintiff's fees in connection with the prosecution of this motion.

Plaintiffs' counsel certifies that it has complied with the requirements of R.C.P. 37 (a)(2).

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: April 7, 2006

**CERTIFICATION**

I hereby certify that on the 7 day of April, 2006, a true and accurate copy of the within Motion was sent by regular mail, postage prepaid, to Lori Caron Silveira, Esq., Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903

w:\bourque, raymond\brien (new river)\pleadings\motion for sanctions 4-4-06.doc