**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond L. Bourque**<br>**Plaintiff,** | : | |
| **vs.** | : | **C.A. No.: 05-397 T** |
| **Albert G. Brien,**<br>**Lodie Brien Agency Inc., and**<br>**New River Associates, Inc.**<br>**Defendants** | : | |

RECEIVED

DEC 08 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

For the reasons stated in the *Memorandum* accompanying this Motion, Plaintiff, by his attorney, moves the Court to compel each of the above named Defendants to produce the documents requested in *Plaintiffs' First Request for Production of Documents Propounded to Defendants* dated October 14, 2004. Plaintiff requests a twenty (20) day order.

Plaintiffs' counsel certifies that it has complied with the requirements of R.C.P. 37 (a)(2).

Referred to U.S.M.J. Martin
for findings & recommendation
for determination
Mary M. Lisi, U.S. District Judge
Date 12/5/05

Referred to U.S.M.J. Martin
for findings & recommendation
for determination
Mary M. Lisi, U.S. District Judge
Date 12/6/05

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: November 21, 2005

GRANTED. Defendants shall have thirty days to comply.

DAVID L. MARTIN
United States Magistrate Judge
January 5, 2006