UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND L. BOURQUE, Plaintiff, | : | |
| v. | : | C.A. No.: 05-397 T |
| ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC. Defendants | : | |

RECEIVED
FEB 2 2 2006
MacADAMS & WIECK INCORPORATED

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS**

Now come defendants Albert G. Brien and New River Associates, Inc., two of the Defendants in the above-captioned matter, and pursuant to the Order of this Honorable Court, hereby provide the following supplemental response to the Plaintiff/Petitioner's First Request for Production of Documents (the "Request"):

DOCUMENTS

1. All Documents, Correspondence, Corporate Records or Financial Records concerning the sale of the Premises, or any portion thereof, to Lodie Brien Agency, Inc.

Response to Request No. 1. Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that the documents responsive to this request are in the possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

**Supplemental Response to Request No.1.** In response to this Request, please see the following documents attached at Tab 1:

- Warranty Deed dated February 2, 2005, from New River Associates, Inc. to Lodie Brien Agency, Inc.;

- Settlement Statement dated February 2, 2005.

2. All Documents, Correspondence, Corporate Records or Financial Records concerning the sale of the Premises, or any portion thereof to Lisa Baldelli Hunt by Lodie Brien Agency, Inc.

Response to Request No. 2. The Defendants assert the General Objection.

**Supplemental Response to Requests No. 2.** In response to this Request, please see the following documents attached at Tab 2:

- Warranty Deed dated February 2, 2005, from Lodie Brien Agency, Inc. to Lisa Baldelli-Hunt;
- Settlement Statement dated February 2, 2005;
- Promissory Note dated February 2, 2005, from Lisa Baldelli-Hunt to Lodie Brien Agency, Inc.;
- Promissory Note dated February 2, 2005, from Lisa Baldelli-Hunt to Lodie Brien Agency, Inc., marked "Paid in Full";
- Mortgage Deed dated February 2, 2005, from Lisa Baldelli-Hunt to Lodie Brien Agency, Inc.;
- Assignment of Mortgage dated February 15, 2005, from Lodie Brien Agency, Inc. To First Boston Associates, LLC;
- Consent of Sole Shareholder of Lodie Brien Agency, Inc. dated February 2, 2005;
- Check dated May 2, 2005, from Lisa Baldelli-Hunt to Lodie Brien Agency, Inc. in the amount of $85,000.00;

- Discharge of Mortgage dated May 3, 2005, from First Boston Associates, LLC, to Lisa Baldelli-Hunt

3. All Documents, Correspondence, Corporate Records or Financial Records concerning any and all indebtedness of any of the Defendants and between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 3. The Defendants assert the General Objection.

**Supplemental Response to Request No. 3.** In response to this Request, defendants will make available for inspection and copying at 64 Hamlet Avenue in Woonsocket, Rhode Island, any financial records in the defendants' possession, custody or control that would be responsive to this request. Defendants have no other documents that would be responsive to this Request.

4. All Documents, Correspondence, Corporate Records or Financial Records concerning any and all indebtedness of any of the Defendants to Plaintiff with respect to funds received for the acquisition, maintenance, or renovation of the Premises.

Response to Request No. 4. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

**Supplemental Response to Request No. 4.** In response to this Request, defendants assert that there is no such "indebtedness" of the defendants to plaintiff because no funds were received from plaintiff "for the acquisition, maintenance, or renovation of the Premises." Therefore, defendants have no documents that would be responsive to this Request.

Hamlet Avenue in Woonsocket, Rhode Island, any financial records that would be responsive to this Request.

7. All Documents, Correspondence, Corporate Records or Financial Records concerning the appointment, election, resignation, or removal all officers, directors and shareholders of New River Associates, Inc. from the date of Defendants' formation or incorporation to the present.

Response to Request No. 7. The Defendants assert the General Objection. Notwithstanding the foregoing, none.

**Supplemental Response to Request No. 7.** In response to this Request, please see the following documents attached at Tab 7:

- Annual report of New River Associates, Inc. for the year 2004;
- Annual report of Lodie Brien Agency, Inc. for the year 2004;
- Annual report of Lodie Brien Agency, Inc. for the year 2005.

8. All Documents, Correspondence, Corporate Records or Financial Records concerning the day to day duties of each officer, director and shareholder of New River Associates, Inc.

Response to Request No. 8. The Defendants assert the General Objection. Notwithstanding the foregoing, none.

**Supplemental Response to Request No. 8.** Defendants do not have any documents that would be responsive to this Request. Therefore, no supplemental response to this Request is required.

9. All Documents, Correspondence, Corporate Records or Financial Records concerning the relationship between any of the Defendants and Lisa Baldelli Hunt.

Response to Request No. 9. The Defendants assert the General Objection.

**Supplemental Response to Request No. 9.** In response to this Request, please see the documents attached at Tab 2.

10. All Documents, Correspondence, Corporate Records or Financial Records concerning the relationship between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 10. The Defendants assert the General Objection.

**Supplemental Response to Request No. 10.** In response to this Request, please see the documents attached at Tab 2.

11. All Financial Records of New River Associates, Inc. from the date of its formation to the present.

Response to Request No. 11. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

**Supplemental Response to Request No. 11.** In response to this Request, defendant will make available for inspection and copying the financial records of New River Associates, Inc. at 64 Hamlet Avenue in Woonsocket, Rhode Island.

DEFENDANTS ALBERT G. BRIEN and
NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

Lori Caron Silveira (#3002)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

February 21, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2006, a true copy of the within was sent by first-class mail, postage prepaid, to the following:

Richard W. MacAdams, Esq. and
Dennis R. Gannon, Esq.
MacAdams& Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;42669 1;1