UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 27 2006
MacADAMS & WIECK INCORPORATED

RAYMOND L. BOURQUE,
Plaintiff,

v.

ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC.
Defendants

C.A. No.: 05-397 T

**DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS**

Now come defendants Albert G. Brien, Lodie Brien Agency, Inc. and New River Associates, Inc., Defendants in the above-captioned matter, and pursuant to the Order of this Honorable Court, hereby provide the following second supplemental response to the Plaintiff/Petitioner's First Request for Production of Documents (the "Request"):

DOCUMENTS

3. All Documents, Correspondence, Corporate Records or Financial Records concerning any and all indebtedness of any of the Defendants and between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 3. The Defendants assert the General Objection.

Supplemental Response to Request No. 3. In response to this Request, defendants will make available for inspection and copying at 64 Hamlet Avenue in Woonsocket, Rhode Island, any financial records in the defendants' possession, custody or control that would be responsive to this request. Defendants have no other documents that would be responsive to this Request.

**Second Supplemental Response to Request No. 3.** Defendants are not in possession of any documents that would be responsive to this Request. However, any such documents, if they do exist, would be filed as public records in the City of Woonsocket and the Town of North Smithfield in the State of Rhode Island and in the Town of Blackstone and the Town of Bellingham in the Commonwealth of Massachusetts.

6. All Documents, Correspondence, Corporate Records or Financial Records concerning any payments made by any of the Defendants for the acquisition, maintenance, or renovation of the Premises.

Response to Request No. 6. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

Supplemental Response to Request No. 6. Defendants do not have within their possession, custody or control any "documents, correspondence, or corporate records" that would be responsive to this Request. Defendants will make available for inspection and copying at 64 Hamlet Avenue in Woonsocket, Rhode Island, any financial records that would be responsive to this Request.

**Second Supplemental Response to Request No. 6** - See documents attached at Tab 6.

- New River Associates list of expenses from 943-1117 River St.
- New River/Herbert's Red-E-Mix list of payments.
- New River Monies Paid from LBA Account January 2003 through April 2005.
- Certificate of Incorporation of Lodie Brien Agency, Inc.

- Certificate of Incorporation of New River Associates, Inc.
- Memorandum dated May 6, 1999 to Raymond Bourque from Albert Brien
- Loan Sale Agreement dated May 28, 1998
- Assignment of Mortgage to Sabal Mortgage Co., LLC
- Discharge of Mortgage from Marie Ann Paquin and Diane M. Chait
- Discharge of Mortgage by BankBoston, N.A.
- Promissory Note of E.M.T. Leasing and Repair to Rhode Island Hospital Trust National Bank (now BankBoston, N.A.)
- Preliminary Title Report for 1117 River St., Woonsocket, RI
- Certificate of Municipal Liens for1117 River St.
- Certificate of Municipal Liens for River St., Plat 07-B, Lot 014
- Certificate of Municipal Liens for 943 River St.
- Certificate of good standing of E.M.T. Leasing and Repair from RI Division of Taxation
- Certificate of Incorporation for E.M.T. Leasing and Repair Company
- Site Analysis for the said property
- Tax Assessment Records for E.M.T. Leasing and Repair for the River St. properties.
- Newspaper article from "The Call" describing proposed use for River St. properties.

10. All Documents, Correspondence, Corporate Records or Financial Records concerning the relationship between any of the Defendants and First Boston Associates LLC and/or the Grossman family.

Response to Request No. 10. The Defendants assert the General Objection.

Supplemental Response to Request No. 10. In response to this Request, please see the documents attached at Tab 2.

**Second Supplemental Response to Request No. 10.** In response to this Request, please see the document attached at Tab 10. Also, see response to No. 3.

- Personal letter from John Grossman to Albert Brien dated February 2, 1978

11. All Financial Records of New River Associates, Inc. from the date of its formation to the present.

Response to Request No. 11. The Defendants assert the General Objection. Notwithstanding the foregoing, the Defendants submit that documents responsive to this request are in possession of the Plaintiff and/or Mark Berger, CPA, Plaintiff's Certified Public Accountant.

Supplemental Response to Request No. 11. In response to this Request, defendant will make available for inspection and copying the financial records of New River Associates, Inc. at 64 Hamlet Avenue in Woonsocket, Rhode Island.

**Second Supplemental Response to Request No. 11.** See documents at Tab 6.

DEFENDANTS ALBERT G. BRIEN,
LODIE BRIEN AGENCY INC. and
NEW RIVER ASSOCIATES, INC.
By Their Attorneys,

Lori Caron Silveira (#3002)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

March 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2006, a true copy of the within was sent by first-class mail, postage prepaid, to the following:

Richard W. MacAdams, Esq. and
Dennis R. Gannon, Esq.
MacAdams& Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

@PFDesktop\:ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;428176;1