UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond L. Bourque<br>Plaintiff, | : | |
| vs. | : | C.A. No.: 05-397 ML |
| Albert G. Brien,<br>Lodie Brien Agency Inc., and<br>New River Associates, Inc.<br>Defendants | : | |

## PLAINTIFF'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES

Plaintiff, Raymond L. Bourque ("Plaintiff"), hereby moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order, as further amended by the Order of Judge Mary Lisi dated March 29, 2006, for an additional sixty (60) days.

The Pretrial Order was amended by Order of Judge Lisi on March 29, 2006, such that the Plaintiff was to disclose his expert on **May 5, 2006**, and the Defendants on **April 6, 2006**. In addition, discovery was set to close on **July 5, 2006**, and pretrial memoranda are due **September 12, 2006**.

Plaintiff has been stymied in his attempts to obtain timely and complete discovery responses from the Defendants. In fact, Plaintiff filed a Motion for Sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, originally scheduled for hearing on May 11, 2006, but rescheduled to May 31, 2006, at Plaintiff's request, to give Defendants an opportunity to comply with the prior order. In the meanwhile, Plaintiff's and Defendants' attorneys met at Defendants' place of business in Woonsocket on May 9th to review additional documents. Defendants are in

the process of moving all of their operations and records out of their present place of business, and their records appear to have been boxed or otherwise were only partially accessible. Subsequent to that meeting, Defendants produced some additional documents—their *Fifth Supplemental Response*—with the promise of more to be supplied and/or made available for review.

As a result of having incomplete discovery responses, it is impossible at this time to determine the bases of expert testimony, if any, that Plaintiff will require in its case in chief. The full scope of the issues in the case on which expert testimony may be helpful have not yet emerged. Plaintiff does not believe that a global enlargement of time will prejudice any party or the Court.

The undersigned has conferred with Defendants' counsel, who has indicated that she does not oppose this Motion.

WHEREFORE, the Plaintiff respectfully requests that all deadlines set forth in the Pretrial Order, as amended, be enlarged by sixty (60) days.

Pursuant to Local Rule CV 7(e), Plaintiff states that it does not request a hearing on this motion.

RAYMOND L. BOURQUE
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: May 17, 2006

**CERTIFICATION**

I hereby certify that on the 17th day of May, 2006, a true and accurate copy of the within Motion was sent by regular mail, postage prepaid, to Lori Caron Silveira, Esq., Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903.

w:\bourque, raymond\brien (new river)\pleadings\plaintiff's mot to extend deadlines 5-5-06.doc