TILLINGHAST LICHT LLP
ATTORNEYS AT LAW SINCE 1818

Paul J. Moretti
Direct Dial: 401.456.1232
E-Mail: pmoretti@tllaw.com

May 11, 2006

Office of the Clerk
Sixth Division District Court
Garrahy Judicial Complex
One Dorrance Plaza
Providence, RI 02903

Re: Raymond L. Bourque v. Albert G. Brien, et al
C. A. No.: 05-397-ML

Dear Sir or Madam:

Enclosed please find Defendants' Fourth Supplemental Response to Plaintiff's First Request for Production of Documents. Please file and return a date-stamped copy to me in the postage paid envelope which I have enclosed for your convenience.

Thank you.

Sincerely yours,

Paul J. Moretti, Sr.

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
MAY 12 2006
LORRAINE A. ALFONSO
CLERK

Enclosure

cc: Richard W. MacAdams, Esquire
Dennis R. Gannon, Esquire

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;430821;1