RECEIVED
MAY 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
MAY 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Raymond L. Bourque
Plaintiff,

vs. : C.A. No.: 05-397 ML

Albert G. Brien,
Lodie Brien Agency Inc., and
New River Associates, Inc.
Defendants

## PLAINTIFF'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES

Plaintiff, Raymond L. Bourque ("Plaintiff"), hereby moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order, as further amended by the Order of Judge Mary Lisi dated March 29, 2006, for an additional sixty (60) days.

The Pretrial Order was amended by Order of Judge Lisi on March 29, 2006, such that the Plaintiff was to disclose his expert on **May 5, 2006**, and the Defendants on **April 6, 2006**. In addition, discovery was set to close on **July 5, 2006**, and pretrial memoranda are due **September 12, 2006**.

Plaintiff has been stymied in his attempts to obtain timely and complete discovery responses from the Defendants. In fact, Plaintiff filed a Motion for Sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, originally scheduled for hearing on May 11, 2006, but rescheduled to May 31, 2006, at Plaintiff's request, to give Defendants an opportunity to comply with the prior order. In the meanwhile, Plaintiff's and Defendants' attorneys met at Defendants' place of business in Woonsocket on May 9th to review additional documents. Defendants are in

GRANTED.

David L. Martin

DAVID L. MARTIN, USMJ
May 26, 2006