oly Attached

FILED
APR 07 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Raymond L. Bourque
Plaintiff,

vs.

Albert G. Brien,
Lodie Brien Agency Inc., and
New River Associates, Inc.
Defendants

C.A. No.: 05-397 ML

RECEIVED
APR 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 37**

For the reasons stated in the *Memorandum* accompanying this Motion, Plaintiff, by his attorney, moves the Court (1) for an Order adjudging the Defendants in contempt of the prior Order of this Court, (2) defaulting the Defendants, (3) entering judgment in favor of Plaintiff, and (4) ordering that Defendants pay the Plaintiff's fees in connection with the prosecution of this motion.

Plaintiffs' counsel certifies that it has complied with the requirements of R.C.P. 37 (a)(2).

Referred to U.S.M.J. Martin
[ ] for findings & recommendation
[ ] for determination

Mary M. Lisi, U.S. District Judge
Date: 4/19/06

Passed per letter from Plaintiff's counsel of June 27, 2006.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 27, 2006

RAYMOND L. BOURQUE
By His Attorneys,

Dennis Gannon

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: April 7, 2006

SCANNED