UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **Raymond L. Bourque** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-397 ML** |
| | : | |
| **Albert G. Brien,** | : | |
| **Lodie Brien Agency Inc., and** | : | |
| **New River Associates, Inc.** | : | |
| **Defendants** | : | |

## STIPULATION

The undersigned stipulate as follows:

(1) Plaintiff shall have until July 21, 2006 in which to identify its expert witnesses. Defendants shall have until August 21 in which to identify their experts.

Raymond L. Bourque
By His Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: July 5, 2006

Albert G. Brien,
Lodie Brien Agency Inc., and
New River Associates, Inc.
By Their Attorneys,

Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq., # LA 29634
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210
Dated: July 5, 2006

Enter:
Mary M. Lisi
USDJ 7/7/06