**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAYMOND L. BOURQUE,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No.:** 05-397 ML |
| **ALBERT G. BRIEN, LODIE BRIEN AGENCY INC., AND NEW RIVER ASSOCIATES, INC.,**<br>**Defendants** | : | |

**ENTRY OF APPEARANCE**

NOW COMES Paul J. Moretti Sr. and enters his appearance as co-counsel for Defendants Albert G. Brien, Lodie Brien Agency, Inc, and New River Associates, Inc.

Respectfully Submitted,

/s/ Paul J. Moretti Sr.

Paul J. Moretti Sr. (#7433)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2006, a true copy of this response and attached documents was sent by first-class mail, postage prepaid, to the following:

Richard W. MacAdams, Esq. and
Dennis R. Gannon, Esq.
MacAdams& Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903