UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond L. Bourque<br>Plaintiff,<br><br>vs.<br><br>Albert G. Brien,<br>Lodie Brien Agency Inc., and<br>New River Associates, Inc.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 05-397 ML |

PLAINTIFF'S AND DEFENDANTS' MOTION TO
EXTEND AND RESET PRETRIAL DEADLINES

Plaintiff, Raymond L. Bourque ("Plaintiff"), and Defendants Albert G. Brien, Lodie Brien Agency, Inc., and New River Associates, Inc. ("Defendants"), hereby move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order, as further amended by the Order of Judge Mary Lisi dated May 26, 2006, for an additional sixty (60) days.

The original Pretrial Order was amended by Order of Judge Lisi on May 26, 2006. Discovery is presently set to close on **September 5, 2006**, and pretrial memoranda are due **November 13, 2006**.

Plaintiff and Defendants aver that the additional time requested is needed to complete discovery, especially depositions of non-party witnesses, and that no further extensions will be needed to so do.

WHEREFORE, the Plaintiffs and Defendants respectfully request that all deadlines set forth in the Pretrial Order, as amended, be enlarged by sixty (60) days.

Pursuant to Local Rule CV 7(e), Plaintiffs and Defendants state that they do not request a hearing on this motion.

RAYMOND L. BOURQUE

By his Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
456-1210 (Fax)

Dated: August 11, 2006

ALBERT G. BRIEN,
LODIE BRIEN AGENCY INC., and
NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210

Dated: August 11, 2006