UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond L. Bourque<br>Plaintiff, | : | |
| vs. | : | C.A. No.: 05-397 ML |
| Albert G. Brien,<br>Lodie Brien Agency Inc., and<br>New River Associates, Inc.<br>Defendants | : | |

PLAINTIFF'S AND DEFENDANTS' MOTION TO
EXTEND AND RESET PRETRIAL DEADLINES

Plaintiff, Raymond L. Bourque ("Plaintiff"), and Defendants Albert G. Brien, Lodie Brien Agency, Inc., and New River Associates, Inc. ("Defendants"), hereby move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order, as further amended by the Order of Judge Mary Lisi dated August 15, 2006, for an additional sixty (60) days.

The original Pretrial Order was amended by Order of Judge Lisi on August 15, 2006. Discovery is presently set to close on **November 6, 2006**, and pretrial memoranda are due **January 12, 2007**.

Since the entry of the August 15, 2006 order, the Court has ordered the parties, who are also parties to other litigation pending in this Court,[1] to engage in mediation of their disputes. The first mediation session is scheduled with William Poore, Esq. on October 31, 2006. Given the number of cases being mediated, it is likely that more than one session will be required.

[1] *Albert G. Brien and Sura Realty Corp. v. Raymond L. Bourque and SRW Realty Corporation*, C.A. No.: 06-228 ML, and *Albert G. Brien and H.S. Realty Corp. v. Raymond L. Bourque and SRW Realty Corporation,* C.A. No.: 06-229 ML.

Plaintiff and Defendants have deferred some discovery in the above captioned matter pending the mediation. While there appears to be adequate time for discovery in the other pending cases subject to mediation should mediation fail, no such time is available in the instant case. Plaintiff and Defendants aver that the additional time requested is needed to complete discovery, especially depositions of non-party witnesses.

WHEREFORE, the Plaintiffs and Defendants respectfully request that all deadlines set forth in the Pretrial Order, as amended, be enlarged by sixty (60) days.

Pursuant to Local Rule CV 7(e), Plaintiffs and Defendants state that they do not request a hearing on this motion.

RAYMOND L. BOURQUE

By his Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
456-1210 (Fax)

Dated: October 26, 2006

ALBERT G. BRIEN,
LODIE BRIEN AGENCY INC., and
NEW RIVER ASSOCIATES, INC.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210

Dated: October 26, 2006