**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond L. Bourque** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-397 ML** |
| | : | |
| **Albert G. Brien,** | : | |
| **Lodie Brien Agency Inc., and** | : | |
| **New River Associates, Inc.** | : | |
| **Defendants** | : | |

**STIPULATION**

The undersigned stipulate as follows:

(1) Plaintiff shall have until November 30, 2006 in which to respond to Defendants' First Set of Interrogatories and Defendants' First Request for Production.

Raymond L. Bourque
By His Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: October 30, 2006

Albert G. Brien,
Lodie Brien Agency Inc., and
New River Associates, Inc.
By Their Attorneys,

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: October 30, 2006