**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond L. Bourque**<br>**Plaintiff,** | : | |
| **vs.** | : | **C.A. No.: 05-397 ML** |
| **Albert G. Brien,**<br>**Lodie Brien Agency Inc., and**<br>**New River Associates, Inc.**<br>**Defendants** | : | |

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby agree to the voluntary dismissal of the Complaint with prejudice with each party to bear his or its own attorneys' fees and costs.

Raymond L. Bourque
By His Attorneys,

[signature]
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: December 18, 2006

Albert G. Brien,
Lodie Brien Agency Inc., and
New River Associates, Inc.
By Their Attorneys,

[signature]
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: December 18, 2006